In the Matter of SIERRA CLUB et al., Appellants, v VILLAGE OF PAINTED POST et al., Respondents.

Submitted September 14, 2015; decided September 17, 2015

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of EAMON TEAGUE, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted August 31, 2015; decided September 17, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

In the Matter of THE TOROK TRUST, Respondent, v TOWN BOARD OF TOWN OF ALEXANDRIA et al., Respondents. ALEXANDRIA CENTRAL SCHOOL DISTRICT, Appellant.

Submitted July 27, 2015; decided September 17, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 1098 (2015)].

CRP/EXTELL PARCEL I, L.P., Respondent, v ANDREW M. CUOMO et al., Respondents, and 3TO4, LLC, et al., Appellants.

Submitted August 17, 2015; decided September 22, 2015

Motion to enlarge the record granted.